IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 05-cv-01313-PSF-CBS

CAROL K. AUSTIN,

    Plaintiff,

v.

CITY AND COUNTY OF DENVER,
a body politic and corporate of the Sate of Colorado,
acting by and through its BOARD OF WATER COMMISSIONERS, and
CHRISTOPHER R. DERMODY, in his official capacity,

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    Pending before the Court is the parties Stipulated Motion for Protective Order, filed December 21, 2005.  The instant motion (Docket No. 14)   is **GRANTED.**   Upon review, the tendered document is **ACCEPTED**  for filing as of the date of this minute order.

    In addition to FED.R.CIV.P. 26(c)(2), and D.C.COLOL.CIVR. 7.2  parties are **ORDERED** to comply with all applicable Federal Rules of Civil Procedure (FED.R.CIV.P.) and the Local Rules of Practice in the United States District Court for the District of Colorado (D.C.COLOL.CIVR.) regarding the execution of this protective order.

**DATED:**    December 22, 2005