IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 05-cv-01313-PSF-CBS

CAROL K. AUSTIN,

      Plaintiff,

v.

CITY AND COUNTY OF DENVER,
a body politic and corporate of the Sate of Colorado,
acting by and through its BOARD OF WATER COMMISSIONERS, and
CHRISTOPHER R. DERMODY, in his official capacity,

      Defendants.

**MINUTE ORDER**

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

      IT IS HEREBY ORDERED that Plaintiff's Opposed Motion to Extend Dispositive Motion Deadline (*doc. no. 64*) is **DENIED**. Parties may seek leave to supplement their pending motions for summary judgment in light of the court's Order filed May 19, 2006.

      IT IS FURTHER ORDERED that Plaintiff's Unopposed Motion to Amend Scheduling Order and Motion for Leave to Amend the Complaint and File the Proposed First Amended Complaint and Jury Demand (*doc. no. 62*) is **GRANTED**. As of the date of this order, the Clerk's office is instructed to accept for filing, the First Amended Complaint and Jury Demand (*doc no. 62-2*) tendered to the court on April 26, 2006.

**DATED:**    May 19, 2006