IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 05-cv-01313-PSF-CBS

CAROL K. AUSTIN,

    Plaintiff,

v.

CITY AND COUNTY OF DENVER, a body politic and corporate
of the State of Colorado, acting by and through its
BOARD OF WATER COMMISSIONERS; and
CHRISTOPHER R. DERMODY, in his official capacity,

    Defendants.

_____

**ORDER**
_____

The matter comes before the Court on Plaintiff's Motion for an Order Staying the Time to Respond to Motion for Summary Judgment Pending Ruling on Objections to Magistrate's Order on Document 74, Entered on May 19, 2006 (Dkt. # 81).  It is

ORDERED that defendants shall respond to plaintiff's motion by **June 1, 2006.**  It is

FURTHER ORDERED that any reply by plaintiff shall be filed by **June 8, 2006.**

DATED May 25, 2006.

                          BY THE COURT:

                          *s: Phillip S. Figa*
                          _____
                          Phillip S. Figa
                          United States District Judge