IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 05-cv-01313-PSF-CBS

CAROL K. AUSTIN,

    Plaintiff,

v.

CITY AND COUNTY OF DENVER, a body politic and corporate
of the State of Colorado, acting by and through its
BOARD OF WATER COMMISSIONERS; and
CHRISTOPHER R. DERMODY, in his official capacity,

    Defendants.

---

### ORDER GRANTING MOTION REGARDING FILING RESPONSES TO OBJECTIONS TO MAGISTRATE'S ORDER

---

The parties' Stipulated Motion for Leave to File Responses and Replies to Objections to Magistrate's Order (Dkt. # 89) is GRANTED. It is hereby

ORDERED that responses to the objections to the Magistrate Judge's order shall be filed **no later than June 9, 2006**, and any replies to said responses shall be due **no later than June 16, 2006.**

DATED: June 8, 2006

                                                     BY THE COURT:

                                                     *s/ Phillip S. Figa*
                                                     _____
                                                     Phillip S. Figa
                                                     United States District Judge