IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 05-cv-01313-PSF-CBS

CAROL K. AUSTIN,

    Plaintiff,

v.

CITY AND COUNTY OF DENVER, a body politic and corporate
of the State of Colorado, acting by and through its
BOARD OF WATER COMMISSIONERS; and
CHRISTOPHER R. DERMODY, in his official capacity,

    Defendants.

---

**ORDER SETTING HEARING ON OBJECTIONS TO MAGISTRATE'S ORDER
AND ON PENDING MOTIONS**

---

    It is hereby ORDERED that the parties shall appear for a hearing on **June 27, 2006 at 4:30 p.m.** regarding the following objections and motions: (1) Plaintiff's Objection (Dkt. # 85) to Magistrate's Order entered May 19, 2006; (2) Defendant's Objection (Dkt. # 87) to Magistrate's Order entered May 19, 2006; and (3) Plaintiff's "Unopposed Motion" (Dkt. # 86) to supplement the motion for order to stay time to file a response, which is apparently at least partially opposed despite its caption (*see* Dkt. # 90).

    Defendant's Motion to Amend/Correct Objection (Dkt. # 88), filed June 1, 2006 is GRANTED, and the amendments and corrections are accepted as filed.

    DATED: June 14, 2006

                                                              BY THE COURT:

                                                              *s/ Phillip S. Figa*
                                                               _____
                                                               Phillip S. Figa
                                                               United States District Judge