IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 05-cv-01313-PSF-CBS

CAROL K. AUSTIN,

      Plaintiff,

v.

CITY AND COUNTY OF DENVER, a body politic and corporate
of the State of Colorado, acting by and through its
BOARD OF WATER COMMISSIONERS; and
CHRISTOPHER R. DERMODY, in his official capacity,

      Defendants.

---

## ORDER SETTING CASE FOR TRIAL

---

The above-captioned matter has been scheduled for an **eight-day jury trial** on the docket of Judge Phillip S. Figa in the U.S. District Courthouse, Courtroom A602, 6th Floor, 901 19th Street, Denver, Colorado, to commence on **October 23, 2006 at 1:30 p.m.**

A Final Trial Preparation Conference is set for **October 17, 2006 at 1:30 p.m.** The parties are expected to be fully prepared for trial at that time.  **Lead counsel who will try the case shall attend.**

DATED:  June 28, 2006

BY THE COURT:

*s/ Phillip S. Figa*

_____
Phillip S. Figa
United States District Judge