IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No.  05-cv-1313-PSF-CBS

CAROL K. AUSTIN,

Plaintiff,

v.

CITY AND COUNTY OF DENVER, a body politic and corporate
of the State of Colorado, acting by and through its
BOARD OF WATER COMMISSIONERS; and
CHRISTOPHER R. DERMODY, in his official capacity,

Defendants.

___

**ORDER GRANTING UNOPPOSED MOTION FOR
CLARIFICATION OF COURT ORDER**

___

Plaintiff's Unopposed Motion for Clarification of Court's Order on Cross-Appeals of Magistrate's Order and Pending Motions (Dkt. # 112) is GRANTED.

Plaintiff is allowed 30 days after the production of the unredacted Dr. Smiley-Marquez report to file her response brief to her summary judgment motion.

DATED: July 12, 2006

BY THE COURT:

*s/ Phillip S. Figa*

_____
Phillip S. Figa
United States District Judge