IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-1313-PSF-CBS

CAROL K. AUSTIN,

    Plaintiff,

v.

CITY AND COUNTY OF DENVER, a body politic and corporate of the State of Colorado, acting by and through its BOARD OF WATER COMMISSIONERS, and CHRISTOPHER R. DERMODY, in his official capacity,

    Defendants.

_____

## ORDER FOR DISMISSAL WITH PREJUDICE
_____

    The Stipulated Motion to Dismiss with Prejudice in accordance with Fed.R.Civ.P. 41(a)(1)(ii) (Dkt. # 119) is GRANTED.  It is therefore

    ORDERED that the Complaint is dismissed with prejudice, each party to pay his or its own costs and attorney's fees.

    DATED: August 21, 2006.

                                                          BY THE COURT:

                                                           *s/ Phillip S. Figa*

                                                           _____
                                                           Phillip S. Figa
                                                            United States District Judge